**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thaina V Falaise  
    Debtor(s)

CHAPTER 13

BKY. NO. 14-10003 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3104

            Respectfully submitted,

            **/s/Thomas Puleo, Esquire**  
            Thomas Puleo, Esquire  
            Brian C. Nicholas, Esquire  
            KML Law Group, P.C.  
            701 Market Street, Suite 5000  
            Philadelphia, PA 19106-1532  
            (215) 825-6306  FAX (215) 825-6406