United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10003-elf
Thaina V Falaise                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                 Page 1 of 2                   Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
```
db             +Thaina V Falaise,    4634 Horrocks Street,     Philadelphia, PA 19124-3117
13333618       +American InfoSource LP as agent for,     DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13218979       #+Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
13218982       +Mortgage Service Center,    2001 Bishops Gate Blvd,     Mount Laurel, NJ 08054-4604
13480858      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,      PO Box 619096,    Dallas, TX 75261-9741)
13233825       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA, PA 19122-2898,     ATTN:BANKRUPTCY UNIT
13322985       +Sadek and Cooper,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13218983       +US Dept Of Ed/Glelsi,    P.O. Box 7860,    Madison, WI 53707-7860
13243542        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13340235       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13254522        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 03:00:13
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13224146        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 03:00:55
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13335016        E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:42      City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13218978        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2019 03:00:58      Cach, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
13218980       +E-mail/Text: bknotice@ercbpo.com Jul 19 2019 02:47:21      Enhanced Recovery Co LLC,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13218981       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2019 02:47:18      Midland Funding,    8875 Aero Dr,
                 Ste 200,    San Diego, CA 92123-2255
13466880        E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2019 03:00:43
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13218984       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2019 02:46:47
                 Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                 Dallas, TX 75261-9741)
13228221       ##+PHH Mortgage Corporation,    2001 Bishops Gate Blvd,     Mount Laurel, NJ 08054-4604
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi                Page 2 of 2          Date Rcvd: Jul 18, 2019
                              Form ID: 138NEW            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Thaina V Falaise brad@sadeklaw.com, bradsadek@gmail.com
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KENYA D. BATES    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Thaina V Falaise

    Debtor(s)

Bankruptcy No: 14–10003–elf

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/18/19

        61 – 60
        Form 138_new