United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thaina V Falaise  
   Debtor

Case No. 14-10003-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2    Date Rcvd: Aug 09, 2019  
         Form ID: 3180W    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db            +Thaina V Falaise,    4634 Horrocks Street,    Philadelphia, PA 19124-3117
13333618      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
13480858     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13233825      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA, PA 19122-2898,    ATTN:BANKRUPTCY UNIT
13322985      +Sadek and Cooper,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13243542       US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:02:00     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13254522       EDI: AIS.COM Aug 10 2019 07:28:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK   73124-8838
13224146       EDI: AIS.COM Aug 10 2019 07:28:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
13335016       E-mail/Text: megan.harper@phila.gov Aug 10 2019 04:02:00     City of Philadelphia,
                Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA   19102-1595
13218978       EDI: RESURGENT.COM Aug 10 2019 07:28:00      Cach, LLC,    PO Box 10587,
                Greenville, SC 29603-0587
13340235      +EDI: WFFC.COM Aug 10 2019 07:28:00      Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
                San Francisco, CA 94163-0001
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13228221     ##+PHH Mortgage Corporation,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Thaina V Falaise brad@sadeklaw.com,    bradsadek@gmail.com
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KENYA D. BATES    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: admin               Page 2 of 2               Date Rcvd: Aug 09, 2019
                              Form ID: 3180W            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
          TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thaina V Falaise** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3450** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **14–10003–elf** | | |

## Order of Discharge                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thaina V Falaise

8/8/19                                                        **By the court:**   Eric L. Frank
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**